IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Andrew White, | ) | C/A No.: 0:18-cv-00432-MGL-PJG |
| Plaintiff, | ) | |
| v. | ) | **ORDER TO DEPOSE PLAINTIFF ANDREW WHITE** |
| South Carolina Department of Corrections; | ) | |
| Christine E. Long, in her individual capacity, | ) | |
| Lt. Roach, in her individual capacity, and | ) | |
| Sgt. Stevens, in her individual capacity, | ) | |
| Defendants. | ) | |

This matter comes before me upon Motion by the Defendants pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure, requesting an Order granting Defendants' Motion to Depose Plaintiff Andrew White, in the above-captioned case.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the Defendants be granted leave to take the depositions of Plaintiff Andrew White, at the Anderson County Detention Center on July 13, 2018, beginning at 1:00 p.m.

IT IS SO ORDERED.

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

June 15, 2018
Columbia, South Carolina