IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Andrew White, | C/A No.: 0:18-cv-00432-MGL-PJG |
| Plaintiff, | |
| v. | **ORDER TO DEPOSE INMATES** |
| South Carolina Department of Corrections; Christine E. Long, in her individual capacity, Lt. Roach, in her individual capacity, and Sgt. Stevens, in her individual capacity, | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 30(a)(2)(B), Defendants have moved to conduct the depositions of several inmates who are incarcerated within the South Carolina Department of Corrections ("SCDC"). The inmates to be deposed in this matter are as follows:

a. Taquan Brown (#341915);
b. Roger Dyke (#347604);
c. Tristan Gist (#360192);
d. Jeffrey Freeman (#240894);
e. Darius Ransom (#351629);
f. Louis Reville (#351235); and
g. Devodus Rouse (#332635).

Defendants' Motion to Depose Inmates is **GRANTED.** Counsel for Defendants shall consult with the appropriate SCDC staff, as well as counsel for Plaintiff, to determine mutually convenient times and locations for the depositions. The parties shall follow all necessary security procedures in place at each facility for each deposition.

**IT IS SO ORDERED.**

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

August 27, 2019
Columbia, South Carolina

1